**NOT DESIGNATED FOR PUBLICATION**

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**Docket 04-1522**

**AVOYELLES PARISH SCHOOL BOARD**

**VERSUS**

**CORAL P.  MAYEAUX, ET AL.**

************

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT,
PARISH OF AVOYELLES, NO.  2003-5404-B,
HONORABLE  WILLIAM J.  BENNETT, DISTRICT JUDGE

************

**ELIZABETH A. PICKETT**
**JUDGE**

************

Court composed of John D. Saunders, Marc T. Amy, and Elizabeth A. Pickett, Judges.

> **SUSPENSIVE APPEAL DISMISSED. APPEAL MAINTAINED AS DEVOLUTIVE.**

JAMES T.  LEE
Avoyelles Parish Civil Assistant District Attorney
Post  Office  Box 1021
Bunkie, LA 71322
(318) 346 - 6616
COUNSEL FOR AVOYELLES PARISH SCHOOL BOARD

ISAAC J.  FUNDERBURK
FUNDERBURK & HERPIN
101 S. St.  Charles Street
Post Office Drawer 1030
Abbeville, LA 70511-1030
(337) 893-8140
COUNSEL FOR RUFUS JOHNSON